UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED ON 1-24-2011 CM

No. 7:07-M-1145

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER ALLOWING DISMISSAL OF |
| v. | ) CRIMINAL INFORMATION AND |
| | ) WITHDRAWAL OF ARREST WARRANT |
| SHANNON L. EVERETT | ) |

Leave of court is granted for the filing of the foregoing dismissal.

1-24-2011
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE